JOHN T. McKENZIE, JR., WILLIAM B. BLOMER, ALTON D. SEAMAN, PEARL SEAMAN, MARY W. BLOMER, JERRY R. NEWTON, ROBIN W. NEWTON, JEWEL J. SIKES, PHILLIP D. SHACKELFORD, VICKIE B. SHACKELFORD, CHARLES O. TUCKER, NANCY P. TUCKER, CLARL M. PIERCE, CAROL L. PIERCE, PHILIP H. PRICE, LINDA S. PRICE, ANTHONY D. SMITH, DIANE D. SMITH, CARL W. SKINNER, DOROTHY T. SKINNER, ROBERT L. TEAGUE, BARBARA J. TEAGUE, BENJAMIN E. KESLER, HAZEL M. KESLER, DAVID L. FRANK, CANDICE H. FRANK, DONALD G. WHITAKER, SHEILA L. WHITAKER, GUARAD CRAWFORD, HENRY BRUCE JACKSON, RICHARD CRAIG, LINDA T. BARE, ROBERT RUSCOE, IV, SUSAN LEIGH RUSCOE, ALAN DEAN AND MARY C. KEMP, LAURIANO F. GONZALEZ, JEAN GONZALEZ, DAVID A. MORTON, JR., HAZEL E. MORTON, LONNIE D. JONES, DAPHNE J. JONES, DONALD PARKER AND LINDA W. EVERHART, HARVEY M. WILLIAMSON, BRENDA C. WILLIAMSON, JAMES ROBERT COFFEY, ALICE ROBBINS COFFEY, BENNIE A. ROOK, JR., VIVIAN B. ROOK, RICHARD C. NEIHAUS, MARGUERITA D. NIEHAUS, L. EUGENE COOK, MINERVA O. COOK, PAUL SHINN, WALTER R. GREEN, JR., LYNDA H. GREEN, WALSA E. CORNELISON, FRANCES CORNELISON, JOHN G. COONEY, CAROLINE B. COONEY, GLADYS E. BLAIR, W. G. ALLRED, OLLIE MAY ALLRED, HAROLD G. MORRIS, BETTIE JARVIS MORRIS, JAMES A. HOUGHTALING, VERENA H. HOUGHTALING, NANCY W. LINER, FRANK LINER, MARGARET ROSE, ROBERT V. ROSE, LOUISE C. TUTTLE, CHARLES T. TUTTLE, PAUL D. MONROE, GEORGE B. HUGHEY, JUANITA S. HUGHEY, KATHLENE F. BROOKS, STEPHEN B. BROOKS, RAY J. WHITTINGTON, DOROTHY S. WHITTINGTON, BARBARA K. HUGHES, FRED C. HUGHES, GRENDA S. JOYCE, LOIS R. WALLACE, JAMES A. WALLACE, PATSY K. KIMSEY, ARNOLD E. KIMSEY, ROSALIE F. ARNOLD, GORDON B. ARNOLD, HAROLD T. MURRAY, MARCIA M. MURRAY, JR., MELVIN E. WHITLEY, SHIRLEY S. WHITLEY, PAUL M. MORGAN, LINDA S. MORGAN, BOBBY P. PORTER, SYLVIA L. PORTER, SAMUEL T. MILLER, CAROLYN S. MILLER, DARRELL L. WARREN, SUDIE M. WARREN, S. R. WALTON, E. BRANSON, BONNIE GREY BLAIR, GARLAND A. BLAIR, JR., JOHN C. BLAIR, E. BRANSON BLAIR, RONALD BLAIR, PANSY M. BLAIR, SANDY T. FORD, MARIE SMITH FORD, BRINK J. SIRMONS, PENNY N. SIRMONS, RICHARD E. RUNION, PATRICIA C. RUNION, MEARL J. COLLINS, MARTHA F. COLLINS, W. C. MYERS, WANDA B. MYERS, ROBERT

McKenzie v. City of High Point

R. BRENDLE, ANN H. BRENDLE, KENNETH W. DODSON, CYNTHIA W. DODSON, JOE S. SECHREST, CATHY D. SECHREST, J. M. MORGAN, KENNETH D. GARNER, LORRINE O. EURE, WAYNE T. BRAY, PERCY G. CREECH, MURIEL S. CREECH, CLAUDE A. BOWERS, ALICE T. BOWERS, JACK LEON DAVIS, BETTY S. DAVIS, LARRY T. ROWE, MARY A. ROWE, GRADY W. LEONARD, LOUISE LEONARD, VERNA S. PEACE, MINNIE G. PEACE, JOHN W. SWAIM, RICHARD G. WELKER, LORETTA WELKER, CHRIS P. ANDREWS, NORMA T. ANDREWS, ERWIN R. DAVIS, SHIRLEY L. DAVIS, JOHN W. HARRINGTON, RACHAEL B. HARRINGTON, ARLINE D. HICKS, WINIFRED C. DAVIS, HOMER V. HEDGECOCK, JR., JOYCE A. HEDGECOCK, GEORGE EDWARD FREEMAN, MARY PETH FREEMAN, BLANCHE H. OWEN, ROBERT C. METTERS, SHIRLEY L. METTERS, JUNE A. OSTRANDER, DONALD H. HORNE, MARY LOU S. HORNE, JAMES E. KEARNS, DESMA L. KEARNS, JAMES RYAN ALLISON, SHIRLEY L. ALLISON, JAMES EDWARD JARRETT, PEGGY H. JARRETT, TRAVIS H. BLAKLEY, MINNIE BROWN BLAKLEY, JOSEPH LEE KAYKENDALL, GEORGIE BELL KAYKENDALL, WILLIAM B. REID, OPAL L. REID, RICHARD LEE COOK, SANDRA COOK, D. WAYNE SMITH, MRS. D. WAYNE SMITH, J. L. McRAE, STEPHEN W. BLIZZARD, HELLEN GAYE BLIZZARD, GEORGE W. GOLD, ETHEL G. GOLD, HOWARD D. CORN, SHIRLEY F. CORN, AGNES GREER JONES, JAMES BELVIN DAVIS, WILMA JEAN DAVIS, WALTER LEWIS FREEMAN, CATHERINE F. FREEMAN, DARLENE MARTIN SNOW, NINA BRIGGS MARTIN, JAMES H. BARNES, MADELINE T. BARNES, T. JACK EMBLER, BETTY EMBLER, BOYCE H. BODENHEIMER, SYLVIA P. BODENHEIMER, ROBERT WILEY STOCKTON, MARTHA HONEYCUTT STOCKTON, JAMES B. ALLRED, HELEN B. ALLRED, GRADY ALLRED, LARRY C. BULLIN, BARBARA B. BULLIN, BRADY W. FELTS, KATHLEEN R. FELTS, ELTON D. MILLER, KATHY W. MILLER, EDWARD J. PIACENTINO, BONNIE R. PIACENTINO, ROBERT LEE SKIDMORE, R. L. THOMAS, HAZEL R. THOMAS, DONALD H. HEDGECOCK, CATHY JEAN D. HEDGECOCK, CHARLES PERCY HEDGECOCK, RUBY JOYCE HEDGECOCK, J. E. YOUNG, W. E. YOUNG, JAY ELLIS YOUNG, HENRIETTA JOYCE YOUNG, JAMES H. BARNES, MADELINE T. BARNES, SYLVIA S. RIDGE, PRESTON L. RIDGE, JAMES FREDRICK KURST, DONNA PRINCE KURST, KEITH BENTON FIELD, LUCILLE BARBARA FIELD, MRS. E. JUDSON RUTH, MICHAEL LEE BEAVERS, WANDA MANN BEAVERS, ROMULUS PINKNEY TAYLOR, GARY L. FOLSON, LINDA A. FOLSON, CHARLES J. MANN, WILMA MESSICK MANN, ODIS F. STAMEY, LETA S. STAMEY, RUFUS ALEXANDER, JOSEPHINE ALEXANDER, BOBBY D. CURTIS, BETTY CURTIS, GEORGE R. FRAZIER, T. PAUL JONES, GENEVA JONES, GROVER N. FOLSOM, GENEVIEVE FOLSOM, MACK O. MILES, OLLIE WILLIAMS CHIPMAN, ROBERT W. GLIDEWELL, ROSE A. GLIDEWELL, HENRY BRITT JOHNSON, JANIE WRIGHT JOHNSON, W. KEITH ARMSTRONG, DIANNE C. ARMSTRONG, THOMAS M. WARTH, ELLEN M. WARTH, LEO CORPORATION, JOSEPH E. HUTTON, DAVID STANTON HORNE, JOHN W. CARROLL, JANIE T. CARROLL, GLENN A. SEWARD, FERNAND SCHLAEPPI, JOAN A. SCHLAEPPI, TOMMIE LEE

McKenzie v. City of High Point

MUSCHLITZ, JAN-MARIE MUSCHLITZ, BUELAH SKEEN, RAYMOND SKEEN, LEONARD SKEEN, MARGARET SKEEN, ROBERT LUTTRELL, JANICE LUTTRELL, JOHN HARP, MARY E. HARP, JOE RAE SNYDER, CURTIS ARMSTRONG, MARY M. ARMSTRONG, PORTER B. THOMPSON, BETTY H. THOMPSON, ADDIE CARROLL HEIRS, JOHN W. HEIRS, LURA CARROLL SOUTHARD, FELIX ALVIN CARROLL, JR., WILLIAM M. WESTON, LOUELLA JANE WESTON, WILMA MARILYN WESTON KEY, CARL OPHER, HAZEL OPHER, ELIZABETH TORRENCE, WALTER PARRISH, BETTY P. PARRISH, ROBERT MELVIN NELSON, RUFUS E. MITCHELL, LOIS WHITE, T. E. BROWN, ALMEDA G. BROWN, GLENN CHARLES HOOVER, HELEN L. HOOVER, LOIS H. JARVIS, GLEN W. McKINNEY, NEVA M. McKINNEY, STEPHEN P. TAYLOR, CHERYL C. TAYLOR, HENRY M. VEACH, ALMA D. VEACH, DON RODNEY ALSOP, JUDY HOLMES ALSOP, WALTER T. HERNDON, SR., MILDRED E. HERNDON, A. A. EVERHART, JOSEPHINE F. EVERHART, WARREN OWENS CLARK, DOROTHY STEVENS CLARK, EDGAR W. STEPHENS, LENA B. STEPHENS, ANNA L. BRADY, MARY HIATT HOLMES, RALPH J. HOLMES, ELLEN HOLMES, R. J. HOLMES, LEE L. COOK, RHELDA COOK, RONNIE L. BURNS, JEANNINE S. BURNS, JACK D. WRIGHT, HELEN K. WRIGHT, HELEN K. McQUEEN, HARRY P. SAVVAS, MARY E. SAVVAS, M. PRESTON SECHREST, DORCAS H. SECHREST, WALTER FRANK JOYCE, JR., SARAH F. JOYCE, PEGGY DOBBINS CRISSMAN, ARTHUR KING, CARLEEN KING, HAROLD GREEN KOGER, CARL FETZER NEAL, JEAN OGBURN NEAL, JOHN RICHARD KILLMEIER, DARRELL H. SUMMER, JEANETTE S. SUMMER, PALMER L. LEDBET-TER, EDITH N. LEDBETTER, ARDEN WAYNE WAGNER, JOYCE S. WAGNER, SHERMAN L. HICKS, ALDINE L. HICKS, THURMAN B. WELBORN, DOROTHY W. WELBORN, WALTER T. PARRISH, BETTY P. PARRISH, JAMES ROGER GOODMAN, BETTY LOGAN GOODMAN, LLOYD C. MARTIN, MARGYE E. MARTIN, JACK B. WEAVER, MARGARET C. WEAVER, GLENN WILSON PATTERSON, MARY Y. TY-SINGER PATTERSON, BILLY G. NELSON, MARGIE G. NELSON, RAY-MOND A. SMITH, JR., ESTELLE M. SMITH, JAMES EDWARD GIBSON, MABLE E. GIBSON, JAMES WILLIAM SNEED, RITA J. SNEED, AR-THUR VICTOR DENNING, JR., HILDA FOX DENNING, ARTHUR VICTOR DENNING, PEARL ANN DENNING, DONALD N. SETLIFF, OSCAR J. COLE, JR., KERMIT COLE, JOHN R. THORNTON, ROY W. ANDREWS, RUTH M. ANDREWS, ERNEST COLE, BEULAH COLE, CECIL E. HAWORTH, ESTA B. HAWORTH, JOSEPH BALDWIN, ESTHER C. BALDWIN, EVELYN C. RAPER, JAMES W. TAYLOR, AUGUSTA C. TAYLOR, IVER MAE FEWELL (DECEASED) BY MARY COLE, EX-ECUTRIX, ATHEL COLE, MARY F. COLE, ETHEL TAYLOR COLE, HAZEL HAILEY, VERA MAE HAILEY, ESSIE P. WILLIAMS, WILLIAM L. HEPLER, LANA W. HEPLER, BROCKLEY ODELL MOORE, BESSIE M. MOORE, CHARLES HOLTON SMITH, CHARLES F. MANN, JR., PHYLLIS M. MANN, CRAIG P. NEWBY, NANCY J. NEWBY, TERRY L. WAGNER, VICKIE A. WAGNER, MACK B. HENDERSON, MILDRED C. HENDER-SON, RONNIE D. COLLINS, WANDA W. COLLINS, ROWAN S. WELBORN, FRED R. SHAW, MICHAEL JONES, DAVID BARNEY

McKenzie v. City of High Point

WELCH, JAMES L. HORNE, FRANCES G. HORNE, JAMES R. SLOOP, HELEN M. SLOOP, KENNETH J. CAGLE, JUDY S. CAGLE, NORMAN C. HEDGECOCK, ELVA M. HEDGECOCK, BARRY D. HEDGECOCK, BRENDA S. HEDGECOCK, HARRY L. CRAVEN, BETTY D. CRAVEN, KARA M. DEAN, A. GORRELL PAYNE, PEARL M. PAYNE, THOMAS L. ALLEN, TINA S. ALLEN, P. D. NEWMAN, MILDRED NEWMAN, SUGE G. ELDER, THOMAS H. ELDER, III, WILLIAM C. CRAVEN, MILDRED H. CRAVEN, E. WAYNE MABE, CAROLYN I. MABE, JOHN A. BUNDY, HELEN M. BUNDY, GEORGE F. HOHNE, DORTHA MAE HOHNE, HELEN B. BROWN, EDWIN E. BEAZLIE, ROSALYN H. BEAZLIE, E. JOE WILSON, ELLEN D. WILSON, JERRY K. SPIVEY, MARY HIATT SPIVEY, JOSEPH M. ROWE, SR., DOROTHY A. ROWE, HOYT J. HAWKS, PHYLLIS W. HAWKS, ARTHUR S. HAZZARD, OPAL G. HAZZARD, EVELYN K. R. HEPLER, MARVIN D. HEPLER, BILLY L. McDOWELL, JEANETTE T. McDOWELL, GURNEY L. STROUD, III, KAY NOAH STROUD, THOMAS J. KAK, EMILY P. KAK, JULIAN C. ADAMS, JR., MARGARET N. ADAMS, SCOTTY D. BOWLIN, MARIE M. BOWLIN, GEORGE G. KERR, LOUISE H. KERR, BRUCE B. ROBERTS, RACHEL A. ROBERTS, G. W. CROSS, REBA W. CROSS, RUTH M. WRIGHT, WILLIAM H. JONES, BILLIE SUE JONES, DOROTHY BOYER, DOROTHY T. HUNTER, ROY M. HUNTER, WARREN L. HAMILTON, MARY JO HAMILTON, CLYDE KENNEDY, CLORISE KENNEDY, JAMES W. WITCHER, MRS. JAMES WITCHER, ROY L. WEBSTER, BETTY S. WEBSTER, GUSTAY A. SCHWENK, JOAN E. SCHWENK, SARA McPHAIL, McAVER ALLEN HARRIS, W. C. KOONTZ, JR., FRANCES KOONTZ, GARY L. METCALFE, WILMA E. METCALFE, DOLAND R. JOHNSON, BETTY B. JOHNSON, CHARLES B. ATKINSON, HANNA S. ATKINSON, DAVID F. BLACKMAN, ISABELL Y. BLACKMAN, RICHARD D. WILDER, JOYCE W. WILDER, CHARLES M. LANKFORD, HELEN R. LANKFORD, DON LAMAAR ELKINS, SEARGE B. STRINGER, ELEANOR J. STRINGER, VERNA D. HOLBROOK, CECIL E. CHANDLER, VERNIE E. CHANDLER, TIMOTHY L. SIMS, DONNA J. SIMS, CARRIE NIERSON GALLOWAY, ROBERT L. GOODMAN, PHYLLIS E. GOODMAN, THOMAS A. ATKINSON, DEBORAH B. ATKINSON, PRISCILLA ANN LONG, DOROTHY J. LEGGETT, BRUCE S. CLODFELTER, JR., JAMES D. MEREDITH, CAROLE C. MEREDITH, LINDA P. WALSER, R. H. WALSER, PERRY E. WALL, FRANCES S. WALL, LEWIS JOE GALLMAN, PATRICIA I. GALLMAN, ANNE M. HALL, BILLY R. HOOVER, DOROTHY W. HOOVER, RONALD H. CARROLL, DIANE B. CARROLL, SPENCER L. MOONE, JR., EARNEST F. BROOME, SYLVIA Z. BROOME, KENNETH A. JONES, MARIAN A. JONES, ROBY C. JOYCE, LOUISE JOYCE, JAMES G. BOWMAN, ELLA M. BOWMAN, WILLIAM M. BOWERS, HAZELEEN P. BOWERS, WILLIAM H. REEVES, JR., BRENDA R. REEVES, HAROLD C. REAVES, ELIZABETH B. REAVES, ROBERT L. DUNBAR, TERRI H. DUNBAR, HIGHSMITH W. DUNBAR, JANE K. DUNBAR, WORTH J. YORK, BETTIE S. YORK, BOBBY M. BROOKS, MARY S. BROOKS, WILLIAM H. WOOD, MARGARET H. WOOD, JAMES W. CHEEK, MONTY M. CHEEK, CHARLES R. HUGHEY, MRS. HELEN L. WARTH, W. H. WARTH, KENNETH R. TALBERT, PEGGY L. TALBERT, ROBERT BEVAN, MARGUERITE BEVAN, J. R. WELLS, MYRTLE F.

McKenzie v. City of High Point

WELLS, JOHN SHULER, MARTHA O. SHULER, WINONA R. MALPASS, JOHN D. PARKER, MARY B. PARKER, KENNETH A. HUDSON, CAROL M. HUDSON, HOWARD E. SISK, DORIS F. B. SISK, MICHAEL R. SCOTT, DIANNE P. SCOTT, JACK N. KIMBLE, ERLINE S. KIMBLE, DAVID M. CHILES, SARAH R. CHILES, JACK M. HARRIS, PAMELA BARNEY HARRIS, JAMES E. ALTON, FRANCES T. ALTON, DEBRA M. WARREN, GEORGE S. WARREN, RALPH GREESON, JEWEL GREESON, STELLA S. PUCKETT, VAUGHN M. YORK, DEBORAH M. YORK, MICKEY R. WALKER, TERRI N. WALKER, BILL L. CANNON, SANDRA O. CANNON, H. A. KEATON, MARJORIE KEATON, DEWEY H. JORDAN, JR., ALICE R. JORDAN, POLLY E. UPTON, RUDOLPH T. UPTON, MASSIE S. LIPTRAP, PATRICIA G. LIPTRAP, SAM C. BOYD, KENDRA L. BOYD, JAMES H. KENNEDY, DOROTHY W. KENNEDY, VELMA G. BROCKMANN, BOBBY S. JARVIS, BETTY M. JARVIS, KENNETH R. RICH, SANDRA P. RICH, EMERSON A. HEATHERLY, BETTY J. HEATHERLY, SAM C. BOYD, KENDRA L. BOYD, JOHN C. JACKSON, MAXINE W. JACKSON, PAUL F. HIATT, PATRICIA E. HIATT, BENNIE I. SANDERS, JANE W. SANDERS, JAMES H. RASBERRY, BRENDA E. RASBERRY, COLLEEN G. COPPLE, JOE R. COPPLE, CLYDE R. CARDEN, BETTY J. CARDEN, CAROLYN B. ALBERTSON, LARRY D. ALBERTSON, THOMAS E. DURHAM, FRANCES T. DURHAM, JACKIE W. SMITH, PATSY F. SMITH, HOUSTON ERICKSON, MARTHA F. SLOAN, W. D. DAWKINS, MARY M. DAWKINS, WILLIAM ROBERT SHAFFER, JANE SHELTON, B. F. WRIGHT, FAYE K. WRIGHT, JOSEPH EDWIN COGGINS, ETHEL MAUREEN Z. COGGINS, LARRY A. SMITH, KATHLEEN R. SMITH, MARTHA J. SECHREST, GILBERT GRAYSON SECHREST, WILLIE YEE, GILMORE F. PATTON, ELLEN H. PATTON, NEAL THOMAS, OTIS RAYMOND BLACKWELL, EMMA JEAN S. BLACKWELL, RAYMOND C. BOTTOMS, BETTY S. BOTTOMS, E. PAUL JUSTICE, SARAH JUSTICE, HARDY D. DUDLEY, FRANCES H. DUDLEY, WILLIAM A. HOLLAR, JEAN F. HOLLAR, PATRICIA W. MOORE, CURTIS H. STANLEY, CATHERINE R. STANLEY, FRANK LAVERN COMBS, HELEN GILLEY COMBS, BENNIE THURMAN BROWN, PATRICIA SAMUELS BROWN, RONALD LILBURN DeGEARE, MILAGROS CABUS DeGEARE, JOE BRANDON HARDEE, JEAN YARBOROUGH GARNER, BOBBY LEE ROBERTS, N. R. ANDREWS, N. B. CLARK PER BARBARA A. CLARK (EXECUTRIX), WAYNE L. BROWN, ROBERT YODER, JAMES P. BENNETT, BEVERLY E. BENNETT, WILLIAM S. LAMB, LOUISE M. LAMB, LEWIS WAYNE ZEIGLER, NANCY S. ZEIGLER, JOHN W. WELLS, JEAN P. WELLS, RONALD N. CARTER, RAMONA R. HARRIS, WILLIAM G. CAUSEY, ROY W. ANDREWS, SHARYN M. ANDREWS, BARRY T. BYERLY, JOE C. EPTING, SUSIE K. EPTING, LAWRENCE S. LEWALLEN, JOHNNY M. GIBBS, CHARLES L. WOOD, MARY C. WOOD, EDITH L. YORK, TROY AARON YORK, JR., ETHEL MARSH WISE, BETZY W. GLAESNER, HAROLD EDWARD SPENCER, JOANNE BEAN SPENCER, J. IRVIN CHRISTIAN (DECEASED), CLARICE J. CHRISTIAN, RUSSELL R. KAHN, HILDA KAHN, HAROLD G. BUERGE, EMOGENE BUERGE, SAMUEL R. AVERETTE, LINDA S. AVERETTE, ANDREW PENNISI, JOSEPHINE PENNISI, DAVID N. WELBORN, JR., BARBARA S.

McKenzie v. City of High Point

WELBORNE, WADE H. PRUITT, VICKI C. PRUITT, BORDEN W.
DAUGHTRIDGE, PATRICIA C. DAUGHTRIDGE, JESSE L. MOSER,
FAITH P. MOSER, ANNE H. STILLWELL, JOHN J. STILLWELL, III,
JOAN R. HAGGAI, JEROME C. THOMPSON, KATHLEEN B. THOMPSON,
JAMES A. DAVIS, CANDANCE A. DAVIS, GAY M. STEVENS,
DOMENICK PENNISI, MARIA PENNISI, JAMES M. BAILEY, NELLE L.
BAILEY, SHERRY T. REID, C. DENZEL RUSSELL, BRENDA B.
RUSSELL, BOBBY L. BUTLER, GLENDA G. BUTLER, RONNIE G.
ASHBY, HILGA W. ASHBY, DANIEL W. MELLINGER, DEBORAH P.
MELLINGER, JERRY R. GROCE, SANDRA K. GROCE, CALVIN E.
LOFLIN, RUBY I. LOFLIN, HAROLD R. RIDGE, MARY K. RIDGE,
THOMAS ARTHUR ALLRED, GLENN P. McVICKER, MARCIA H.
McVICKER, GOLDIE MARTIN MATNEY, GREGORY D. CURLEE, JANET
H. CURLEE, JESSE D. KENNEDY, BILLIE M. KENNEDY, TONY
DRAPER, EDWARD V. SAUDE, VIVIAN R. SAUDE, T. E. SHOEMAKE,
ESTHER SHOEMAKE, LENA M. SECHREST, CALHOUN H. CAMPBELL,
CHRISTINE CAMPBELL, RACHEL S. ZIMMERMAN, MAX SURRATT,
MILDRED SURRATT, WINFRED D. YOKLEY, VIRGINIA N. YOKLEY,
CATHERINE L. PERRYMAN, ARTHUR J. MATTHEWS, J. D. HOLLAND,
ESTHER M. HOLLAND, EDWIN S. BROWN, RICHARD A. PARKER,
MARIE W. PARKER, JIMMY D. ALLRED, REBECCA T. ALLRED,
WILLIAM B. ELDRETH, BETTY W. ELDRETH, HAYNE L. KOON, MARY
F. G. KOON, DANNY W. WHITE, SHELBY S. WHITE, CARL COOK, JR.,
MADGE G. COOK, LANA GAIL HARRIS, MILDRED T. HUTCHENS,
BELVIN R. DAVIS, EULA A. DAVIS, HARLIE C. RIPPEY, JOSIE WARD
RIPPEY, ROGER LEE DAVIS, CYNTHIA DIANE TURNER, ALFRED J.
POOLE, MAE C. POOLE, GLEN M. WELBORN, SARAH G. PHIPPS, C. W.
ARRINGTON, ESTELLE J. ARRINGTON, BENVENIDO RODRIQUES,
LOUISE MARIE RODRIQUES, JAMES LEE LAX, BARBARA N. LAX,
JAMES ELTON LAX, MRS. GRACE LAX, JAMES D. CAMPBELL, JESSIE
M. CAMPBELL, CLYDE W. PRIDDY, MARY E. PRIDDY, VIRGIE L.
AUSTIN, DANIEL A. TALLEY, PATSY WELCH TALLEY, RUFUS R.
STRICKLAND, PATRICIA CLARK STRICKLAND, WARD S.
OSTRANDER, DELPHENE T. SURRATT, ARTHUR SNEED, BEULAH
SNEED, ARTHUR DANIEL SNEED, RENNIE J. TERRY, MARYLENE A.
ROUNTREE v. CITY OF HIGH POINT

No. 8218SC407

(Filed 5 April 1983)

1. **Municipal Corporations § 2.3— annexation—"adjacent or contiguous" requirement—attack on earlier annexation**

There was no merit to petitioners' contention that an annexation ordinance was invalid on the ground that the areas annexed failed to meet the "adjacent or contiguous" requirement of G.S. 160A-48(b) because the area of the city adjacent and contiguous to the areas annexed by the ordinance were unlawfully annexed where (1) the earlier annexation ordinance was never mentioned in the petition for review of the present ordinance; (2) petitioners failed

to show that they were residents of the area earlier annexed and thus had standing to attack such annexation; (3) there was no appeal from the enactment of the earlier ordinance and petitioner's attempted attack on that ordinance is collateral in nature; and (4) the evidence before the trial court clearly established that the areas annexed by the ordinance in question were adjacent and contiguous to the city's existing municipal boundaries.

2. **Municipal Corporations § 2— annexation of more than one area by same ordinance**

Under G.S. 160A-49(g), any number of separate qualifying areas may be annexed in a single ordinance.

APPEAL by petitioners from *Wood, Judge.* Judgment entered 11 December 1981 in GUILFORD County Superior Court. Heard in the Court of Appeals 18 February 1983.

On 2 April 1981, the City of High Point enacted an ordinance annexing the lands of petitioners, to be effective 31 March 1982. Pursuant to the provisions of G.S. 160A-50, petitioners filed their petition for review, in which they prayed that the annexing ordinance be declared null and void, or, in the alternative, that the court declare the area annexed not eligible for annexation. High Point filed a response to the petition in which it denied petitioners' essential allegations, and prayed that the petition be dismissed.

The matter was heard before Judge Wood, without a jury. Following a trial on the merits, Judge Wood entered his judgment in which he made extensive findings of fact. Upon his findings, Judge Wood entered conclusions of law adverse to petitioners, and decreed that the annexation ordinance was valid. From that judgment, petitioners have appealed.

*Herbert L. Hyde for petitioner-appellants.*

*Knox Walker for respondent-appellee.*

WELLS, Judge.

Part Three of chapter 160A of the General Statutes deals with annexation by cities of 5,000 or more people of areas adjacent or contiguous to existing municipal boundaries. *See* G.S. 160A-45 through 56. Section 46 provides the authority to annex; section 47 sets forth the prerequisites to annexation; section 48 establishes the character of areas which may be annexed; section 49 establishes the procedure for annexation; and section 50 provides the basis upon which property owners in an annexed area

may seek judicial review of an annexation ordinance. Thus, the General Assembly has established detailed criteria and guidelines for annexation under Part Three. The General Assembly has also provided for limited judicial review of annexation ordinances. Section 50 provides that a property owner in the annexed area "who shall believe that he will suffer material injury by reason of the failure of the municipal governing board to comply with the [statutory] procedure . . . or to meet the [statutory] requirements . . . as they apply to his property" may seek judicial review of the ordinance. Upon such review, the Superior Court may consider only whether (1) the statutory procedure was not followed, or (2) the provisions of G.S. 160A-47 were not met, or (3) the provisions of 160A-48 have not been met. *See In re Annexation Ordinance,* 303 N.C. 220, 278 S.E. 2d 224 (1981); *Moody v. Town of Carrboro,* 301 N.C. 318, 271 S.E. 2d 265 (1980); *In re Annexation Ordinance,* 278 N.C. 641, 180 S.E. 2d 851 (1971). Upon such review, petitioner must carry the burden of showing both non-compliance with statutory requirements and procedure and material injury flowing from such non-compliance. 303 N.C. 220, *supra,* and 278 N.C. 641, *supra.*

[1] The only substantial question presented in this appeal is whether the areas annexed in the contested ordinance meet the "adjacent or contiguous" requirement of the statute. G.S. 160A-48(b) provides:

> (b) The total area to be annexed must meet the following standards:
>
> (1) It must be adjacent or contiguous to the municipality's boundaries at the time the annexation proceeding is begun.
>
> (2) At least one eighth of the aggregate external boundaries of the area must coincide with the municipal boundary.
>
> . . .

Petitioners' attack on contiguity is primarily based upon their assertion that the area of High Point adjacent and contiguous to the areas annexed in the ordinance under attack here was unlawfully annexed, that the prior annexation was void, and that therefore this annexation fails to meet the contiguity test.

Petitioners' argument cannot prevail. First, G.S. 160A-50 requires that on appeal to the Superior Court,

> (b) [The] petition shall explicitly state what exceptions are taken to the action of the governing board and what relief the petitioner seeks . . .

In the petition under consideration here, the earlier annexation was never mentioned. Second, in their evidence, petitioners failed to show that they had standing (residency in the area) to attack the earlier annexation. Third, as the record clearly shows, there was no appeal from the enactment of the earlier ordinance and petitioners' attempted attack in this appeal is collateral in nature.[1] The evidence before Judge Wood clearly established that the areas annexed under the 2 April 1981 ordinance were adjacent and contiguous to High Point's existing municipal boundaries and that more than one eighth of the external boundary of the areas annexed coincided with High Point's existing boundary.

[2]   Petitioners also contend that no more than one area may be annexed in an ordinance and that since two areas were annexed in the contested ordinance, it must fall. We disagree. G.S. 160A-49(g) provides:

> (g) *Simultaneous Annexation Proceedings.* —
>
> If a municipality is considering the annexation of two or more areas which are all adjacent to the municipal boundary but are not adjacent to one another, it may undertake simultaneous proceedings under authority of this Part for the annexation of such areas.

We hold that under the foregoing statute, any number of separate qualifying areas may be annexed in a single ordinance.

Petitioners also contend that the ordinance failed to comply with the requirement set out in G.S. 160A-49(e)(1) that the external boundaries of the area to be annexed be described by metes and bounds. We have examined the descriptions used in the or-

---

1. We note that the judgment entered by Judge Wood contains a finding of fact with respect to the prior annexation ordinance of 29 December 1980. As that matter was not properly before him, that portion of his order is surplusage and without legal consequence, except to the extent that Judge Wood "found" that these petitioners could not contest that ordinance.

dinance and hold that they are in substantial compliance with the statutory requirement. Absolute and literal compliance with the statute is unnecessary; only substantial compliance is required. *In re Annexation Ordinance*, 278 N.C. 641, *supra.*

We have carefully examined the record of evidence in this case, the trial court's judgment, and petitioners' contentions, and conclude that the judgment below must be

Affirmed.

Judges HILL and JOHNSON concur.